UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL SIMON D/B/A PAUL SIMON MUSIC,

PLAINTIFF

V.

SEIKO CORPORATION OF AMERICA AND
SEIKO HOLDINGS CORPORATION.

DEFENDANTS.

CASE NO.

RULE 7.1 STATEMENT



Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Paul Simon d/b/a Paul Simon Music, (a private non-governmental party) certifies that there are no corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Dated: New York, New York
August 8, 2008

HANLY CONROY BIERSTEIN SHERIDAN
FISHER & HAYES LLP

By: _____
Steven M. Hayes
112 Madison Avenue – 7th Floor
New York, NY 10016-7416
(212) 784-6414 (Direct)
(212) 213-5949 (Fax)
shayes@hanlyconroy.com

Attorneys for Plaintiff